Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED
U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA

for the

*Western* District of *Louisiana*

APR 0 1 2025

*Shreveport* Division

DANIEL J. McCOY, CLERK

BY:_____

| | |
|---|---|
| Janis L Dunbar | ) Case No. 5:25-cv-0445 |
| | ) |
| Plaintiff(s) | ) (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. | ) |
| If the names of all the plaintiffs cannot fit in the space above, | ) |
| please write "see attached" in the space and attach an additional | ) Jury Trial: (check one) ☑ Yes ☐ No |
| page with the full list of names.) | ) |
| -v- | ) |
| | ) |
| Tom Arcenoaux | ) |
| | ) |
| Defendant(s) | ) |
| (Write the full name of each defendant who is being sued. If the | ) |
| names of all the defendants cannot fit in the space above, please | ) |
| write "see attached" in the space and attach an additional page | ) |
| with the full list of names.) | ) |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Janis L Dunbar |
| Street Address | 19 Edgar St #1 |
| City and County | New Haven |
| State and Zip Code | Connecticut   06519 |
| Telephone Number | 203-584-4758 |
| E-mail Address | dunbarjanice4150@gmail.com |

    **B.    The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name      Tom Argeneaux

Job or Title *(if known)*      Mayor of Shreveport Louisiana

Street Address      505 Travis St Suit 200

City and County      Shreveport

State and Zip Code      Louisiana 71101

Telephone Number      318-673-5050

E-mail Address *(if known)*

Defendant No. 2

Name      Curtis James Jackson

Job or Title *(if known)*      Rapper

Street Address      505 Travis St Suite 200

City and County      Shreveport

State and Zip Code      Louisiana 71101

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name      Jeff Landry

Job or Title *(if known)*      Governor of Louisiana

Street Address      505 Travis St Suite 200

City and County      Shreveport

State and Zip Code      Louisiana 71101

Telephone Number      225-342-5855

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. I wrote the Governor and Mayor a letter about Curtis James Jackson. They ignored me and kept going this is lawsuit #13.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)*

_____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.      If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I am seeking $100,000,000 because Curtis James Jackson has been stalking me the whole time Defamation of Character (calling me crazy) mental and emotional Distress

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Curtis Jackson is Mental Challenged like my sister same age. He doesn't know Right from wrong. He thinks backwards. They lie about there lives and they tone oRapua. His Empathy cells burned out that's why he doesn't care.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Curtis Jackson DID a Prophecy he Robbed me online in 2017 of $600. Remember these names (25 years ago) my book has been out since 2021 he's lying on me calling me crazy my letters that's why I have all these lawsuits.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     March 27 2025

Signature of Plaintiff     Janis L Dunbar

Printed Name of Plaintiff     Janis L Dunbar

### B.     For Attorneys

Date of signing:     March 27 2025

Signature of Attorney     Janis L Dunbar

Printed Name of Attorney     Janis L Dunbar

Bar Number     Representing Myself

Name of Law Firm

Street Address     19 Edgar St #1

State and Zip Code     Connecticut 06519

Telephone Number     203-584-6753

E-mail Address     dunbarjanis450 gmail

I'm also suing
Mark Zuckerberg
3.27.25

Feb 25, 2025

To Federal Judge
and Mark Zuckerberg,

In 2017 Curtis Jackson came
in my messenger saying he needed
my help his money was tied up with
his associates for an African Orphanage.
This after a 10 day pychiatric hold.
I almo died. Curtis Jackson was
online getting condolensees for me. I'm
suppossed to be dead. For 7 years nobody
believed me not even my family and friends.
    Nobody believed me and I'm telling
the Truth! This is Curtis James Jackson
lawsuit served at Starz he ran from
it. I'm suing for defamation of character
For years I have been being stalked
with Catfish of Stars. There are not
3.2 Billion people on social media it's
all catfish of stars. Strangers following
you is Stalking. Facebook Community
Standards did not keep me safe.
    Mark Zuckerberg called me a
Bozo and 50 Cent tiktok with his
of Jamies Naines the title of my book
Ideommented Power Couple. I said
their stealing online. Mark Zuckerberg
Responded," Who are you Bozo"? Other
people joined in laughing and calling
he crazy. Emotional and Mental distress.

I'm homeless behind this a livingroom, While they parade around in my face. If facebook can see you cussing they can see us getting robbed. Mark Zuckerberg knows about my book. He change Facebook to Meta because it's in my book. And he stopped all the things Facebook messenger used to do. I would like to be fully compensated for my pain and suffering.

Sincerely Janis Dunbar

Feb 27 2025

I used to attend TD Jakes lines on my cellphone Services and also Bible Studies. I had already sent him the 10 page letter. While is the lives he would talk about witches and Warlocks and pleading the blood of Jesus. While I told him a widal was bothering me. It turned out to be the Rapper 50 Cent of Jamice Haines. I also told him that they were catfishing me friend Requests of him along with his friends Fast Forward 2021 a True Story Book.

I was on Tyler Perry, The Potters house and Opeah Winfrey for 3 years I watched them watch me be stalked and they didn't say a word. T.D Jakes said you talked to my friend like a dog a Sunday service. I was blocked. My friend don't care what you look like. He was talking about Tyler Perry.

I found out that Tyler Perry and Opeah Winfrey were following me watching me complain about 50 Cent and him stalking me. Mentally challenged Curtis Jackson saw Tyler Perry following and went to his studio knowing a few book. So now Tyler Perry is entertaining my stalker. I feel Violated I'm not a circus attraction. They reminded me of that note that was left on my

desk you can have anybody in here male or female sitting on me like that. I AM SOMEBODY! I AM NOT A FREAK. I HAVE A FAMILY CHILDREN AND GRANDCHILDREN!

50 violated my privacy and I want to be compensated by all 50 people sued

Sincerely
Janis Dunbar

P.S Sarah Jakes sucked her teeth in the microphone wed3day night bible study because her husband said my answer. I dont peet myself through their services anymore. Tyler Perry let me get catfished me him for years and years and years and years that why I want him arrested. God is not in him a propheay he grabbed the bad guy. On the internet praying for T.D Jakes speaking in Tongues. They all said well if it's a propheay it'll happen.

TD JAKES MOVIE BAD COMPANY INFLUENCES BAD CHARACTER
* GREED SEVEN DEADLY SINS STORY
THEY DON'T PRACTICE WHAT THEY PREACH.

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**  Janis L. Dunbar

**DEFENDANTS**  Tom Arceneaux

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
SELF

Attorneys *(If Known)*
UNKNOWN

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☒ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
DEFAMATION OF CHARACTER EMOTIONAL & MENTAL DISTRESS
Brief description of cause:
CURTIS JACKSON IS RUNNING AROUND LYING ON ME.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 100,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE SWAIN    DOCKET NUMBER 24-2690

DATE March 27 2025

SIGNATURE OF ATTORNEY OF RECORD  Janis L. Dunbar

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____